# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073 HRT |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| POWER ENERGY PARTNERS LP, T&A ENERGY, INC. POWER CRUDE TRANSPORT, INC. and WILLIAM JERGEN, | ) ) ) ) | Adversary No.15-1444 HRT |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN EAGLE ENERGY CORPORATION, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 12/4/2015 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: January 5, 2016

BY THE COURT:

Howard Tallman
United States Bankruptcy Court Judge