## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 16-cv-00043-RM

In re:

AMERICAN EAGLE ENERGY CORPORATION

    Debtor.

WALTER A. JONES, Liquidating Trustee of The Liquidating Trust of American Eagle Energy Corporation,

    Plaintiff,

vs.

POWER ENERGY PARTNERS LP, et al.,

    Defendants.

---

## ORDER

---

This matter is before the Court on the "Stipulated Motion to Relieve the Parties of the Order Withdrawing the Reference In Part [Docket No. 17]" (the "Motion") (ECF No. 48) filed by Walter A. Jones, Liquidating Trustee of the Liquidating Trust of American Eagle Energy Corporation, William Jegen, Power Energy Logistics LLC, George Archos, Robert Trusz, Maria Trusz, T&A Energy LLC, Power Energy Partners LLC, Power Energy Marketing LLC, Power Energy Holding LLC, Power Crude Transport Inc., and PCT Holding Company Inc. Sufficient cause being shown, it is hereby **ORDERED**

    (1)  That the Motion (ECF No. 48) is GRANTED; and

(2)  That the Clerk shall close this case.

DATED this 13th day of September, 2021.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge

2